So Ordered.

Dated: May 26, 2023
New York, New York

*[Signature]*
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DAN GROPPER,

                  Plaintiff,

-against-

47TH HOTEL ASSOCIATES LLC AND LOGANS SANCTUARY LLC,

                  Defendants.

Case No.: 1:22-cv-04080-LGS-BCM

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel for Plaintiff, DAN GROPPER, and Defendants, 47TH HOTEL ASSOCIATES LLC AND LOGANS SANCTUARY LLC (collectively, the "Parties") that, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all the claims asserted or that could have been asserted in the above-captioned action are hereby voluntarily dismissed with prejudice and with each party to bear its own fees and costs.

Dated: New York, New York
        May 3, 2023

**PARKER HANSKI LLC**
*Attorneys for Plaintiff Dan Gropper*

By: *[Signature]*
Glen H. Parker, Esq.

Dated: Woodbury, New York
        May 10, 2023

**KAUFMAN DOLOWICH & VOLUCK, LLP**
*Attorneys for Defendants 47th Hotel Associates LLC and Logans Sanctuary LLC*

By: *[Signature]*
Matthew Cohen, Esq.
Solomon Abramov, Esq.

**SO ORDERED:**

_____
Hon. Lorna G. Schofield, U.S.D.J.